IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff<br><br>v.<br><br>**José Gabriel HERNÁNDEZ-LUCIANO,**<br>Defendant. | **INDICTMENT**<br><br>CRIMINAL NO. 19-238 (CCC)<br><br>**VIOLATIONS:**<br>18 U.S.C. § 922(a)(1)(A)<br><br>**FORFEITURE**<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c)<br><br>**ONE COUNT** |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**Engaging in the Business of Dealing in Firearms without a License**
**(18 U.S.C. § 922(a)(1)(A))**

On or about October 9, 2018, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**José Gabriel HERNÁNDEZ-LUCIANO,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, <u>United States Code</u>, did willfully engage in the business of dealing in firearms in that he sold a black-colored AR-15 rifle-style pistol bearing no serial number, for approximately $1,800. All in violation of Title 18, <u>United States Code</u>, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D).

*United States v. José Gabriel Hernández-Luciano*
*Indictment*

## FIREARMS FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense charged in Count One of this Indictment, José Gabriel HERNÁNDEZ-LUCIANO, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of the that offense, including but not limited to a 5.56 x .45 caliber 30-round capacity ammunition magazine and a black-colored AR-15 rifle-style pistol bearing no serial number. All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

TRUE BILL

FOREPERSON

Date: 16.Apr.2019

**ROSA EMILIA RODRÍGUEZ-VÉLEZ**
United States Attorney

_____
Timothy R. Henwood
First Assistant United States Attorney

_____
Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Violent Crimes Unit

_____
Juan C. Reyes-Ramos
Assistant United States Attorney
Violent Crimes Unit

2